UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| - v.- | : | S4 12 Cr. 121 (RJS) |
| MICHAEL STEINBERG, | : |  |
| Defendant. | : |  |

- - - - - - - - - - - - - - - - - - - - X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-29-13

      Upon application of the United States of America, by and through Assistant United States Attorney Antonia M. Apps, it is hereby ORDERED that Superseding Indictment, S4 12 Cr. 121 (RJS), which was returned by the Grand Jury and filed under seal on March 28, 2013, be and hereby is unsealed.

SO ORDERED.

Dated:    New York, New York
           March 29, 2013

_____
HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK