**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 8, 2013

<u>Via Email</u>

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-13
```

Re: <u>United States v. Michael Steinberg, S4 12 Cr. 121 (RJS)</u>

Dear Judge Sullivan:

      The Government provided its Initial Bill of Particulars to the defendant in underacted form on June 7, 2013. Defense counsel has advised the Government that it intends to file a copy of the Government's Initial Bill of Particulars in connection with its motions due today. At the Government's request, the defendant will be filing a redacted version of the Government's Initial Bill of Particulars. The Government has redacted the names of uncharged third parties who have not previously been publicly identified by the Government, either at the trial in *U.S.* v. *Todd Newman, et al.*, 12 Cr. 121 (RJS), or otherwise. The Government respectfully submits that its request to redact these names falls within the scope of the Court's previous order permitting such redactions. *See* Order, *U.S.* v. *Todd Newman, et al.*, 12 Cr. 121 (RJS) (May 16, 2012). Should the Court wish to receive further briefing on the matter, the Government would be happy to provide it.

```
For the reason set forth in the
Court's Order dated May 16, 2012
-- namely, that uncharged third
parties' privacy and reputational
interests outweigh the public
interest in viewing the unredacted
bill of particulars (Doc. No. 58)
-- the government's request as to
its Initial Bill of Particulars is
HEREBY GRANTED.
```

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Antonia M. Apps
Harry Chernoff
Assistant United States Attorneys
(212) 637-2198/2481

cc: Barry Berke, Esq. and Steven Sparling, Esq. (Counsel for Michael Steinberg)

SO ORDERED _____
Dated: 7/8/13
RICHARD J. SULLIVAN
U.S.D.J.