UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-13
```

UNITED STATES OF AMERICA

-v-

MICHAEL STEINBERG

Defendant.

No. 12 Cr. 121 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The clerk of the court is respectfully directed to terminate the motion pending at Doc. No. 283. This motion was previously terminated by the Court's July 12, 2013 Order (Doc. No. 290).

SO ORDERED.

Dated:  September 19, 2013
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE