```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

    v.           S4 12 Cr. 121 (RJS)

MICHAEL STEINBERG,      ORDER

    Defendant.

------------------------------------------------------------ x

    IT IS HEREBY ORDERED THAT, in anticipation of the trial commencing the week of November 18, 2013 in this action, counsel for Michael Steinberg and their courtroom technology consultant may temporarily install in Courtroom 318 a projector and screen for use by both parties during trial on Wednesday, November 13, 2013 or another day that week. Defense counsel should make proper arrangements with the District Executive Office of the Court.

Dated: November 8, 2013
     New York, New York

SO ORDERED:

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

