```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

UNITED STATES OF AMERICA,

        v.                          S4 12 Cr. 121 (RJS)

MICHAEL STEINBERG,            ORDER

                 Defendant.

——————————————————————— x

         IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the parties in the above-captioned case with Internet connectivity and Remote Real Time Transcript feeds for the duration of the proceedings, set to begin the week of Monday, November 18, 2013. Courtroom Connect should make proper arrangements with the District Executive Office of the Court and official court reporter.

Dated:  November 8, 2013
          New York, New York

SO ORDERED:

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE