**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-14

STEVEN S. SPARLING
PARTNER
PHONE 212-715-7736
FAX 212-715-8199
SSPARLING@KRAMERLEVIN.COM

February 24, 2014

BY EMAIL

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Michael Steinberg*, No. S4 12 Cr. 121 (RJS)

Dear Judge Sullivan:

I write on behalf of Michael Steinberg to respectfully request that Mr. Steinberg's bail conditions be modified to permit him to travel to Denver and Beaver Creek, Colorado from March 14, 2014 through March 21, 2014 with his wife and children.

On March 29, 2013, Mr. Steinberg was released pursuant to his agreement to post a $3 million bond secured by his home in New York, restrict his travel to New York, New Jersey, Connecticut, California, and Florida, and surrender his passport. The government, by Assistant United States Attorney Antonia M. Apps, and Pre-Trial Services, by Lauren Blackford, have no objection to modifying Mr. Steinberg's bail conditions to permit him to travel as requested.

Thank you for your consideration.

Respectfully submitted,

Steven S. Sparling

cc: Antonia M. Apps
    Harry Chernoff
        Assistant United States Attorneys
    Lauren Blackford
        Pre-Trial Services

SO ORDERED
Date: 2/24/14
RICHARD J. SULLIVAN
U.S.D.J.

1177 AVENUE OF THE AMERICAS  NEW YORK NY 10036-2714  PHONE 212.715.9100  FAX 212.715.8000
990 MARSH ROAD  MENLO PARK CA 94025-1949  PHONE 650.752.1700  FAX 650.752.1800
47 AVENUE HOCHE  75008 PARIS FRANCE  PHONE (33-1) 44 09 46 00  FAX (33-1) 44 09 46 01
WWW.KRAMERLEVIN.COM