UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                            :

UNITED STATES OF AMERICA       PRELIMINARY ORDER OF
                          :      FORFEITURE/MONEY JUDGMENT
    -v.-

                          :      S4 12 Cr. 121 (RJS)

MICHAEL STEINBERG,

        Defendant.        :

                          :
- - - - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/14
```

        WHEREAS, on or about March 29, 2013, MICHAEL STEINBERG (the "Defendant") was charged in a five-count Superseding Indictment, S4 12 Cr. 121 (RJS) (the "Indictment"), with conspiracy to commit securities fraud, in violation of Title 18, United States code, Section 371 (Count One); and securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Sections 240.10b-5 and 240.10b5-2, and Title 18, United States Code, Section 2 (Counts Two through Five);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Five of the Indictment seeking, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, the forfeiture of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the securities fraud offenses alleged in Counts One through Five of the Indictment;

WHEREAS, on December 18, 2013, a jury in the Southern District of New York found the Defendant guilty of Counts One through Five of the Indictment; and

WHEREAS, on May 16, 2014, the Defendant was sentenced and ordered to forfeit $365,142.30 in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts One through Five of the Indictment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.  As a result of the offenses charged in Counts One through Five of the Indictment, of which the Defendant was convicted, a money judgment in the amount of $365,142.30 in United States currency (the "Money Judgment") shall be entered against the Defendant.

2.  Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Order, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, MICHAEL STEINBERG, and shall be made part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.  All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern

District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon execution of this Preliminary Order of Forfeiture/Money Judgment and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       May 16, 2014

SO ORDERED:

HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE