KRAMER LEVIN NAFTALIS & FRANKEL LLP

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-15

STEVEN S. SPARLING
PARTNER
PHONE 212-715-7736
FAX 212-715-8199
SSPARLING@KRAMERLEVIN.COM

March 19, 2015

BY EMAIL

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Michael Steinberg*, No. S4 12 Cr. 121 (RJS)

Dear Judge Sullivan:

    I write on behalf of Michael Steinberg to respectfully request that Mr. Steinberg's bail conditions be modified to permit him to travel to and between Bozeman and Big Sky, Montana from Sunday, March 22 through Saturday, March 28, 2015 with his family.

    On March 29, 2013, Mr. Steinberg was released pursuant to his agreement to post a $3 million bond secured by his home in New York, restrict his travel to New York, New Jersey, Connecticut, California, and Florida, and surrender his passport. The government, by Assistant United States Attorney Harry Chernoff, and Pre-Trial Services, by Lauren Blackford, have no objection to modifying Mr. Steinberg's bail conditions to permit him to travel as requested.

    Thank you for your consideration.

Respectfully submitted,

Steven S. Sparling

cc: Harry Chernoff
    Assistant United States Attorney
    Lauren Blackford
    Pre-Trial Services

SO ORDERED
Dated: 3/19/15
RICHARD J. SULLIVAN
U.S.D.J.

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000
990 MARSH ROAD   MENLO PARK CA 94025-1949   PHONE 650.752.1700   FAX 650.752.1800
47 AVENUE HOCHE   75008 PARIS FRANCE   PHONE (33-1) 44 09 46 00   FAX (33-1) 44 09 46 01
WWW.KRAMERLEVIN.COM