# KRAMER LEVIN NAFTALIS & FRANKEL LLP

BARRY H. BERKE
PARTNER
PHONE 212-715-7560
FAX 212-715-7660
BBERKE@KRAMERLEVIN.COM

November 2, 2015

**VIA E-MAIL AND ECF**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Michael Steinberg*, S4 12 Cr. 121 (RJS)

Dear Judge Sullivan:

    We represent Michael Steinberg in the above-referenced matter and write to respectfully request that in light of the *nolle prosequi* signed by the Court on October 30, 2015, Mr. Steinberg's bail be exonerated. A proposed order is enclosed.

    In addition, on June 9, 2014, pursuant to an agreement reached between Mr. Steinberg and the government, the Court ordered that Mr. Steinberg transfer the total amount of his forfeiture and criminal fine to Kramer Levin Naftalis & Frankel LLP's attorney escrow account to be held until resolution of Mr. Steinberg's appeal. (ECF No. 397). We respectfully request that in light of the *nolle prosequi* signed by the Court, Mr. Steinberg's forfeiture and criminal fine be returned to him. A proposed order is enclosed. The government does not oppose this request.

Respectfully submitted,

*/s/ Barry H. Berke*

Barry H. Berke

cc: AUSA Harry A. Chernoff (by e-mail)